# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JAMES R. DALTON,<br>    Plaintiff,<br><br>v.<br><br>GE JOB AND INCOME SECURITY PLAN FOR HOURLY AND CERTAIN NON-EXEMPT SALARIED EMPLOYEES; GE HEALTH BENEFITS FOR PRODUCTION EMPLOYEES PLAN; GE PENSION PLAN; AND GENERAL ELECTRIC COMPANY,<br>    Defendants. | Civil Action No. 1:18-cv-01076 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James Dalton and Defendants GE Job and Income Security Plan for Hourly and Certain Non-Exempt Salaried Employees, GE Health Benefits for Production Employees Plan, GE Pension Plan, and General Electric Company, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and the same hereby are dismissed with prejudice. Each party shall bear his or its own costs, attorney's fees, and expenses of litigation.

DATED:  May 28, 2019

| | |
|---|---|
| Plaintiff James R. Dalton, | Defendants GE Job and Income Security Plan for Hourly and Certain Non-Exempt Salaried Employees, GE Health Benefits for Production Employees Plan, GE Pension Plan, and General Electric Company, |
| By his Attorneys: | By their Attorneys: |
| /s/ Cheryl C. Deshaies<br>Cheryl C. Deshaies (NH Bar #12848)<br>Law Office of Cheryl C. Deshaies<br>P.O. Box 648<br>Exeter, NH 03833<br>Tel: (603) 580-1416<br>Fax: (888) 308-7131<br>Email: cdeshaies@deshaieslaw.com | /s/ Byrne J. Decker<br>Byrne J. Decker (NH Bar #9300)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>2 Monument Square, 7th Floor<br>Portland, ME 04101<br>Tel: (207) 387-2963<br>Fax: (207) 387-2986<br>Email: byrne.decker@ogletree.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of May 2019, I filed the foregoing document electronically through the Court's CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Cheryl C. Deshaies
Law Office of Cheryl C. Deshaies
P.O. Box 648
Exeter, NH 03833

                                            /s/ Byrne J. Decker
                                            Byrne J. Decker (NH Bar #9300)